823 F.2d 546
 Cunningham-Bey (Ossie), Fulton-El (Tom), Willis-Bey
(Orlandis), Perry-El (Joseph), Sellars-El (Kelvin
W.), Myers-Bey (Jerry), Ford El (Glenn)
v.
Woodard (James C.), McNamara (Rae H.), Beshears (E.D.),
Walker (R.A. L.), Nubee (muhammad), Allsbrook (Harry),
Stephenson (Linwood V.), Smith (John), Creecy (Charles M.,
Jr.), Evans (Frank), Chaplain Anderson, Caledonia Inst.
 NO. 87-7003
 United States Court of Appeals,
Fourth Circuit.
 JUN 25, 1987
 
 1
 Appeal From: E.D.N.C.
 
 
 2
 AFFIRMED.